**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL AKINS,<br><br>    Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>    Defendant. | CA No. 1:15-CV-1159-ELR |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Michael Akins and Defendant Gentiva Health Services, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Akins's claims and causes of action in the above-styled case, in their entirety. Each party will bear his or its own attorneys' fees, but Defendant shall be considered the "prevailing party" with respect to taxable costs.

    Respectfully submitted this 31st day of August, 2015.

1

<div style="display: flex;">

<div>

*/s/ Gilda Adriana Hernandez*
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
Gilda A. Hernandez, NCSB #36812
315 S. Salem St., Suite 310
Apex, NC 27502
Phone: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Christine E. Webber
1100 New York Ave. N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600
cwebber@cohenmilstein.com

***Attorneys for Plaintiffs***

</div>

<div>

*/s/ Angelo Spinola*
Angelo Spinola
Georgia Bar No. 672191
aspinola@littler.com

Anne M. Mellen
Georgia Bar No. 558694
amellen@littler.com

Tracey T. Barbaree
Georgia Bar No. 036792
tbarbaree@littler.com
LITTLER MENDELSON
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326.4803
Tel: 404.233.0330
Fax: 404.233.2361

***Attorneys for Defendant***

</div>

</div>

**Font Certification**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

**Certificate of Service**

I hereby certify that on August 31, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez